MICHAEL J. HEYMAN
United States Attorney

STEPHEN M. SPEER
Special Assistant United States Attorney
JACK S. SCHMIDT
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th St., Room 937
Juneau, AK 99802
Phone: (907) 796-0404
Email: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FISHER<br><br>Defendant. | No. 1:26-cr-00006-ACP-MMS |

**SENTENCING MEMORANDUM**

The United States recommends imposition of the following sentence:

**INCARCERATION .................................................. 30 DAYS**

**SUPERVISED RELEASE .................................................. 1-YEAR**

**SPECIAL ASSESSMENT .................................................. $25**

**FINE .................................................. NO FINE RECOMMENDED**

**FACTS**

On March 8, 2025, the defendant intentionally sank F/V IGLOO in Sitka Sound, AK,

a navigable water of the United States. The Coast Guard Sector Southeast Alaska (Sector SEAK) command center was notified by the Coast Guard Arctic District of a 406 MHz EPIRB alert in the vicinity of Middle Island. SEAK was successful in making contact with vessel owner, the defendant, who verified that the Electronic Position Indicating Radio Beacon (EPIRB) alert was his and he was not in distress.

Fisher admitted to Coast Guard watch standers that he intentionally sank his vessel between 2000-2100 local time on 8 March 2025 in a recorded call with Sector SEAK.

Coast Guard Investigative Service (CGIS) agents interviewed the defendant on 27 October 2025, during which the defendant admitted to intentionally sinking the F/V IGLOO in the vicinity of Middle Island, to avoid sinking it in the harbor. The defendant sunk F/V IGLOO by opening all hull fittings and letting the water flood the vessel.

**GUIDELINES CALCULATION**

The government agrees with the guideline calculation. Under the plea agreement, the government has agreed to recommend a low-end guideline sentence of 1 month imprisonment as to Count One.

**STATUTORY CRITERIA AND RECOMMENDED SENTENCE**

1. Nature and circumstances of the offense

The defendant intentionally scuttled/sank a vessel in navigable waters of the United States, prompting a prolonged search and rescue response by the United States Coast Guard including the launch of an aviation asset. The defendant's actions wasted resources of the United States government and risked causing a hazard to navigation if his attempt to scuttle/sink the vessel failed.

2. History and characteristics of the defendant

The defendant is 60 years old and does not have any known prior convictions.

3. The seriousness of the offense and just punishment

The navigable waters of Southeast Alaska are especially precious to the communities who depend on them. Illegally scuttling vessels creates risk to the environment and can create a hazard to navigation if done carelessly.

4. Adequate deterrence, protection of the public from further crimes, avoidance of unwarranted disparities

A one-month sentence fulfills the statutory sentencing goals for this individual defendant and is in line with the sentence requested for other similarly situated defendants. Such a sentence is necessary to provide deterrence against similar offenses by other parties, and any lesser term of incarceration would depreciate the seriousness of the defendant's conduct.

RESPECTFULLY SUBMITTED August 24, 2026 at Juneau, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ JACK S. SCHMIDT
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/JACK S. SCHMIDT
Office of the U.S. Attorney