MICHAEL J. HEYMAN
United States Attorney

JACK S. SCHMIDT
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th St., Room 937
Juneau, AK 99802
Phone: (907) 796-0402
Email: Jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ROBERT NEWMAN,<br><br>Defendant. | No. 1:26-CR-00003-001-ACP |

**SENTENCING MEMORANDUM**

The United States recommends imposition of the following sentence:

**INCARCERATION..........30 MONTHS**
**SUPERVISED RELEASE.......... 3-YEARS**
**SPECIAL ASSESSMENT..........$100**
**FINE..........NO FINE RECOMMENDED**

**FACTS**

On February 27, 2025, JAMES ROBERT NEWMAN, was convicted of Misconduct Involving a Controlled Substance in 1JU-24-0064CR, in violation of AS 11.71.030(a)(9) prohibiting the deliver or possession with the intent to deliver, a controlled substance.

On January 14, 2026, officers with the Juneau Police Department (JPD), and Southeast Alaksa Cities Against Drugs Task Force (SEACAD) a multi-agency drug task force, were conducting surveillance in a parking lot known to law enforcement for drug trafficking activity. The defendant was observed driving a Cadillac CTS and parked next to a maroon Lincoln Sedan that was previously known to law enforcement. The defendant and the other vehicle drove to a nearby gas pump. NEWMAN then was observed getting out of his vehicle and contacting the driver of the Lincoln Sedan a short distance away. NEWMAN left the driver door open as he exited his vehicle and an officer walked next to the vehicle and observed on the driver seat a firearm, later identified as a Smith & Wesson 10mm M2.0 handgun, serial number NMX4802.

After officers confirmed NEWMAN's recent felony conviction, a felony traffic stop was conducted and recovered under his front seat was the firearm and drug paraphernalia and approximately 1.2 grams of methamphetamine were recovered from the vehicle and subsequently arrested. The firearm was loaded with a magazine with 13 rounds of 10mm ammunition.

//

//

## GUIDELINES CALCULATION

The government agrees with the final presentence report and guideline calculation.

## STATUTORY CRITERIA AND RECOMMENDED SENTENCE

### 1. Nature and circumstances of the offense

The defendant is a convicted drug felon, whose conviction was a year prior for drug distribution. The was found in a high drug trafficking area and observed in possession of a firearm and other drug paraphernalia and methamphetamine. It appears the defendant's last prior drug conviction has failed to deter the defendant from future criminal conduct or possession or use of narcotics.

### 2. History and characteristics of the defendant

The defendant is 48 years old. He has an unverified employment history. Previous efforts by the criminal justice system to deter the defendant from committing drug related offenses and the possession of weapons have been unsuccessful.

### 3. The seriousness of the offense and just punishment

The defendant's history of using narcotics, drug trafficking activities, and possession of a firearm in relation to these offenses is serious. Being under the influence of drugs and possession of a weapon is a recipe for disaster. The fact that the defendant had received a misdo for possession of brass knuckles while possessing 11 baggies of drugs was a fortuity for the defendant in which he has wasted. Moreover, the fact that the defendant was convicted of a felony drug distribution and received only 30 days, was another opportunity for the defendant to turn his life around. The defendant refuses to do so and continues to engage in similar conduct. A guideline sentence is a just punishment

for his offense.

**4. Adequate deterrence, protection of the public from further crimes, avoidance of unwarranted disparities**

A 30-month sentence fulfills the statutory sentencing goals and is necessary to protect the public from the defendant, who has thus far been undeterred from committing drug and weapon offenses. Any lesser term of incarceration would depreciate the seriousness of the defendant's conduct.

RESPECTFULLY SUBMITTED August 24, 2026 at Juneau, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on August 24, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ Jack S. Schmidt
Office of the U.S. Attorney